# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEICO CHOICE INSURANCE COMPANY,<br>    Petitioner,<br>v.<br>SHARITHEA EVERETT,<br>    Respondent. | Case No. 2:25-cv-01503-RFB-NJK<br>**Order**<br>[Docket No. 5] |

Pending before the Court is Petitioner's motion/application for a briefing schedule. Docket No. 5.

In the instant motion, Petitioner seeks a briefing schedule for its motion to compel. *See* Docket No. 1. Both the motion/application for a briefing schedule and the motion to compel were transferred to Case No. 2:24-cv-00023-RFB-NJK. *See Worthams v. GEICO Choice Insurance Company et al.*, 2:24-cv-00023-RFB-NJK, Docket Nos. 161, 162. In the transferred case, the Court granted Defendant Geico's motion/application for a briefing schedule. *See id.* at Docket No. 163.

Accordingly, the instant motion is **DENIED** as moot. Docket No. 5. As all affirmative filings in the instant case have been transferred, the Court **INSTRUCTS** the Clerk's Office to administratively close the instant case.

IT IS SO ORDERED.

Dated: November 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge